IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHEDRICK D. HOLLIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CV-351-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

The Magistrate Judge has entered a Recommendation that Petitioner Shedrick D. Hollis's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence be denied. (Doc. # 35.) Plaintiff has filed objections. (Doc. # 36.) Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 36) are OVERRULED;

(2) The Recommendation (Doc. # 35) is ADOPTED; and.

(3) Petitioner's 28 U.S.C. § 2255 motion is DENIED.

A final judgment will be entered separately.

DONE this 20th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE